THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. GOODMAN (State Bar No. 126728)
Assistant United States Attorney
Deputy Chief, Criminal Division
MARK A. WILLIAMS (State Bar No. 239351)
Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3359/4667
    Facsimile: (213) 894-6436
    E-mail: mark.a.williams@usdoj.gov
           daniel.goodman@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>CHANG HUN GO<br><br>A Fugitive from the Government of the Republic of Korea. | No. CV 08-00117-ODW(SS)<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION TO ALL ELEMENTS OF EXTRADITION<br><br>Hearing Date: March 17, 2008<br>Time:        3:00 p.m. |

    The fugitive, CHANG HUN GO (hereinafter "the fugitive"), having appeared before the undersigned judicial officer, represented by counsel Edwin M. Rosenberg, on March 17, 2008, and having entered into the Stipulation to All Elements of Extradition,

    THE COURT HEREBY FINDS as follows:

    1.    The fugitive's stipulation to all elements of extradition is intelligent and voluntary.

2.  The fugitive is charged in the Republic of Korea with the violations of Article 347, Paragraph 1, of the Criminal Act and Article 3, Paragraph 1(2), of the Act on Aggravated Punishment, etc. of Specific Economic Crimes (fraud).  A warrant for the fugitive's arrest was issued on August 20, 2004, by a judge of the Incheon District Court and remains valid until November 18, 2010.  On January 11, 2008, the fugitive was arrested in the Central District of California pursuant to an arrest warrant issued by United States Magistrate Judge Arthur Nakazato on December 12, 2007.

3.  All elements for extradition are met as to each offense, specifically:

    a.  The undersigned judicial officer and the Court on which that judicial officer sits have jurisdiction to conduct extradition proceedings.

    b.  The undersigned judicial officer and the Court on which that judicial officer sits have jurisdiction over the fugitive.

    c.  An extradition treaty is in force between the United States of America and the Republic of Korea.

    d.  The fugitive is sought for offenses for which the applicable treaty permits extradition.

    e.  The fugitive is the individual who is charged in the Republic of Korea and there is probable cause to believe him guilty of each of the charged offenses.

4.  There are no facts that bar the extradition of the fugitive under the applicable treaty.

///

5. The fugitive understands that he will remain in custody in the United States pending his return to the Republic of Korea.

FURTHERMORE, based on the foregoing findings, the undersigned judicial officer HEREBY CERTIFIES THE FUGITIVE'S EXTRADITABILITY and ORDERS that the Clerk of the Court forward this Order to the United States Secretary of State for the issuance of a surrender warrant or such other actions as the Secretary of State may deem appropriate. The Clerk of the Court shall send a certified copy of this Order to:

Katrice Mueller
Office of the Legal Adviser
United States Department of State
2201 C Street, N.W.
Room 5419
Washington, D.C. 20520-6310

IT IS SO FOUND AND ORDERED.

3/17/08
DATE

THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
MARK A. WILLIAMS
Assistant United States Attorney

/s/
DANIEL S. GOODMAN
Assistant United States Attorney
Deputy Chief, Criminal Division

Attorneys for Complainant
United States of America